UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CARBONITE, INC., a Delaware corporation | : | Civil Action No. 1:16-cv-12646 |
| Plaintiff, | : | |
| v. | : | CORPORATE DISCLOSURE STATEMENT |
| RAMPGREEN, INC., a Washington corporation, | : | |
| and | : | |
| vCustomer Corp., a Washington Corporation | : | |
| Defendant. | : | |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, plaintiff Carbonite, Inc. hereby states that: (1) it has no parent corporation; and (2) no publicly held company owns 10% or more of its stock.

Dated: May 2, 2017

Respectfully Submitted,
Carbonite, Inc.
By its attorneys,

/s/ Nicholas R. Cassie
Irwin B. Schwartz (BBO# 548763)
ischwartz@blaschwartz.com
Nicholas R. Cassie (BBO# 672698)
ncassie@blaschwartz.com
BLA Schwartz, PC
One University Ave., Suite 302B
Westwood, Massachusetts 02090
Phone: 781-636-5000
Fax:    781-636-5090

## **Certificate of Service**

  I, Nicholas R. Cassie, as attorney for Carbonite, Inc. hereby certify that on this 2nd day of May 2017, I filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                /s/ Nicholas R. Cassie
                Nicholas R. Cassie